ORIGINAL

Williander.Ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
JAN 24 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00010 |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | ILLEGAL REENTRY |
| KITAMICHY WILLIANDER ) a/k/a DAN KATAN, ) | [8 U.S.C. §§ 1326(a) & (b)(2), 6 U.S.C. §§ 202(3), 202(4) & 557] |
| Defendant. ) | |

THE GRAND JURY CHARGES:

Between February 27, 2002 and January 22, 2007, in the District of Guam, the defendant herein, KITAMICHY WILLIANDER, aka DAN KATAN, an alien, did unlawfully and intentionally enter the United States after having been deported and removed from the United States on or about February 27, 2002, said KITAMICHY WILLIANDER, aka DAN KATAN, having been removed subsequent to a conviction for an aggravated felony, to-wit: Aggravated Assault in Superior Court of Guam Criminal Case No. CF 313-00, and that prior to his re-embarkation from

//

a place outside the United States, the defendant knew he had not received the consent of the Attorney General of the United States to reapply for admission to enter the United States,

ALL IN VIOLATION of Title 6, United States Code, §§ 202(3), 202(4) & 557, and Title 8, United States Code, §§ 1326(a) & (b)(2).

Dated this  24th   day of January, 2007.

A TRUE BILL.

_____
IRENE S. MAFNAS
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Approved:

_____
JEFFREY S. STRAND
First Assistant U.S. Attorney