**Criminal Case Cover Sheet**                                          **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____                    **Related Case Information:**

Country/Parish ____N/A____                   Superseding Indictment _____ Docket Number **07-00010**
                                             Same Defendant _____        New Defendant __X__
                                             Search Warrant Case Number _____
                                             R 20/ R 40 from District of _____

**Defendant Information:**

    Juvenile: Yes ____ No __X__  Matter to be sealed: ____ Yes __X__ No

Defendant Name ____Kitamichy Williander____

Allisas Name ____Dan Katan____

Address _____

**RECEIVED**
**JAN 24 2007**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birth date __XX/XX/1972__ SS# __XXX-XX-2006__ Sex __M__ Race __PI__ Nationality __Federated States of Micronesia__

**U.S. Attorney Information:**

AUSA ____Karon V. Johnson____

**Interpreter:** __X__ No ____ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ____1____         ____ Petty  ____ Misdemeanor  __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 6 U.S.C. §§ 202(3), 202(4) & 557, and 8 U.S.C. §§ 1326(a) & (b)(2) | ILLEGAL REENTRY | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: __1/24/07__    Signature of AUSA: _____