# UNITED STATES DISTRICT COURT

District of GUAM

UNITED STATES OF AMERICA

V.

**KITAMICHY WILLIANDER aka DAN KATAN**

## WARRANT FOR ARREST

Case Number: **CR-07-00010**

FILED
DISTRICT COURT OF GUAM
JAN 26 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **KITAMICHY WILLIANDER aka DAN KATAN**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

RECEIVED
JAN 24 2007
US MARSHALS SERVICE-GUAM

**Illegal Reentry, 8 U.S.C. §§ 1326(a) & (b)(2), 6 U.S.C. §§ 202(3), 202(4) & 557**

in violation of Title ______ United States Code, Section(s) ______

**VIRGINIA T. KILGORE**
Name of Issuing Officer

Virginia T. Kilgore
Signature of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

**JANUARY 24, 2007, HAGATNA, GUAM**
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at DOC, MANGILAO | | |
| DATE RECEIVED 1/24/07 | NAME AND TITLE OF ARRESTING OFFICER EDWIN T. FEJERAN US ICE, TFA | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 1/26/07 | | |

ORIGINAL

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ______________________

ALIAS: ______________________

LAST KNOWN RESIDENCE: ______________________

LAST KNOWN EMPLOYMENT: ______________________

PLACE OF BIRTH: ______________________

DATE OF BIRTH: ______________________

SOCIAL SECURITY NUMBER: ______________________

HEIGHT: ______________ WEIGHT: ______________

SEX: ______________ RACE: ______________

HAIR: ______________ EYES: ______________

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ______________________

______________________

______________________

FBI NUMBER: ______________________

COMPLETE DESCRIPTION OF AUTO: ______________________

______________________

INVESTIGATIVE AGENCY AND ADDRESS: ______________________

______________________

______________________

______________________