# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00010　　　　　　　　　　　　DATE: January 29, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:30:45 - 10:38:22
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Kitamichy Williander aka Dan Katan　　　Attorney: Richard Arens

☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Karon Johnson　　　U.S. Agent: Rodney Sayama, Customs & Border Protection
U.S. Probation: Carleen Borja　　　U.S. Marshal: D. Punzalan / V. Roman
Interpreter:　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of <u>Indictment</u>.
- Plea entered: <u>Not guilty</u>
- Trial set for: <u>April 3, 2007 at 9:30 A.M.</u>
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>

NOTES: