# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00010-001　　　　　　　　　　DATE: March 21, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 2:02:17 - 2:22:45
CSO: B. Benavente

**APPEARANCES:**
Defendant: Kitamichy Williander　　　　Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　U.S. Agent: Rodney Sayama, I.C.E.
U.S. Probation: Christopher Duenas　　U.S. Marshal: T. Muna / D. Punzalan
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made in the plea agreement.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: June 21, 2007 at 9:30 a.m.
- Presentence Report due to the parties: 5/17/2007
- Response to Presentence Report: 6/07/2007
- Final Presentence Report due to the Court: 6/14/2007
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: