IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00010 |
| Plaintiff. | ) | |
| vs. | ) | **ORDER ACCEPTING PLEAS OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| KITAMICHY WILLIANDER, a.k.a. DAN KATAN, | ) | |
| Defendant. | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to an Indictment charging him with Illegal Re-Entry, in violation of 8 U.S.C. § 1326(a) and (b)(2), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on June 21, 2007, at 9:30 a.m.

IT IS SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Apr 04, 2007**