# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KITAMICHY WILLIANDER aka DAN KATAN,<br><br>Defendant. | Criminal Case No. 07-00010<br><br>**ORDER** |

The sentencing hearing in this case is presently scheduled for Thursday, June 21, 2007 at 9:30 a.m. On June 14, 2007[1], the Defendant filed his objection to the Presentence Report. Due to the issue raised in the objection, the court would like further briefing. The Government shall file its Response by 12:00 p.m. on June 22, 2007 and the Reply should be filed no later than 12:00 p.m. on June 29, 2007. Sentencing shall be on July 5, 2007 at 11:00 a.m.

**SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Jun 18, 2007**

---

[1] The court notes that the Defendant's filing was untimely and should have been filed by June 7, 2007. Counsel should be aware that he must adhere to the court's scheduling needs. If for some reason he cannot comply with the court's orders, he should move the court for an extension of time. Late filings should be an exception, not routine practice.