Williander.RPR

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 20 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> KITAMICHY WILLIANDER, <br> Defendant. | CRIMINAL CASE NO. 07-00010 <br><br> **UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTION TO PRESENTENCE REPORT** |

The draft presentence report in this matter was filed May 17, 2007. At paragraph 21 it gave defendant a 16-level increase because he was deported from the United States after a conviction for a crime of violence. On June 14, 2007, defendant filed a response objecting to this increase. He correctly cited United States v. Narvaez-Gomez, 2007 WL 1614778 (9th Cir. 2007), which in turn cites Fernandez-Ruiz v. Gonzales, 466 F.3d 1121 (9th Cir. 2006) (en banc), limiting categorical crimes of violence, for enhancement purposes, to those which were committed intentionally, as opposed to recklessly or with gross negligence.

In this case, it is not necessary to delve further into the Superior Court record to determine whether defendant committed aggravated assault intentionally. Defendant pled guilty to Count II, which charged that he "did recklessly cause and attempted to cause serious bodily

\\

-1-

injury to another ... " Thus, because his *men rea* was reckless, as opposed to intentional, the government agrees that the 16-level enhancement pursuant to 2L1.2(b)(1)(A) is not appropriate.

Respectfully submitted this  20th  day of June, 2007.

                          LEONARDO M. RAPADAS
                          United States Attorney
                          Districts of Guam and NMI

By: *[signature]*
     KARON V. JOHNSON
     Assistant U.S. Attorney