| | |
|---|---|
| 1 | Williander.STP |
| 2 | LEONARDO M. RAPADAS<br>United States Attorney |
| 3 | KARON V. JOHNSON<br>Assistant U.S. Attorney |
| 4 | Suite 500, Sirena Plaza |
| | 108 Hernan Cortez Avenue |
| 5 | Agana, Guam 96910 |
| | Telephone: (671) 472-7332/7283 |
| 6 | Telecopier: (671) 472-7334 |
| 7 | Attorneys for United States of America |

**FILED**
DISTRICT COURT OF GUAM
JUN 20 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00010 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION OF PARTIES TO RE-SET SENTENCING DATE** |
| KITAMICHY WILLIANDER, aka DAN KATAN, | ) | |
| Defendant. | ) | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Richard Arens, hereby move this Honorable Court for an order to reschedule the sentencing date in this matter back to June 21, 2007, at 9:30 a.m. The government has filed a response to defendant's objections to the presentence report wherein the government agrees that, in light of recent case law, defendant is correct. Upon receipt of defendant's objection, the court had continued sentencing to July 5, 2007, at 11:00 a.m. so that

\\
\\
\\

-1-

the government could respond. Given that the government concurs with defendant concerning his objection, the parties believe that sentencing should proceed as previously scheduled.

DATED: 6/20/07

RICHARD P. ARENS
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 6/19/07    By: 

KARON V. JOHNSON
Assistant U.S. Attorney