Williander.ORD

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00010 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER TO RESCHEDULE** |
| ) | **SENTENCING DATE** |
| KITAMICHY WILLIANDER, aka ) | |
| DAN KATAN, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the sentencing date of defendant KITAMICHY WILLIANDER aka DAN KATAN, is hereby rescheduled to the 29th day of June, 2007, at 9:45 a.m.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Jun 21, 2007**