# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00010-001          DATE: June 29, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley          Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez          Electronically Recorded: 8:50:52 - 9:10:45
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Kitamichy Williander aka Dan Katan          Attorney: Richard Arens

☒ Present ☒ Custody ☐ Bond ☐ P.R.          ☒ Present ☐ Retained ☒ FPD ☐ CJA

U.S. Attorney: Karon Johnson          U.S. Agent:
U.S. Probation: Stephen Guilliot          U.S. Marshal: V. Roman / G. Perez
Interpreter:          Language:

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>10 months, with credit for time served.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: